Request for Jurisdiction Transfer                                                  March 5, 2026
Name of Offender: Babak Broumand                                              2:20CR00224-RGK-1

| ✎PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:20CR00224-RGK-1 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 4:26-cr-00114-AMO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Babak Broumand ▓▓▓▓▓▓ **FILED** 3-16-2026 Mark B. Busby CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND | Central of California | Western |

| | | |
|---|---|---|
| | NAME OF SENTENCING JUDGE | Honorable R. Gary Klausner |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 10, 2025 TO November 09, 2028 |

OFFENSE
Count 1: 18 U.S.C. § 371: Conspiracy to Commit Bribery of a Public Official
Count 2 and Count 3:  18 U.S.C. § 201(b)(2)(C),  Bribery of a Public Official
Count 5:  18 U.S.C. § 1957(a), 18 U.S.C. § 1957(b)(1),  Monetary Transactions in Property Derived from Specified Unlawful Activity,

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| 3/9/2026 | *Gary Klausner* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ California _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 16, 2026 | |
|---|---|
| Effective Date | United States District Judge Hon. Vince Chhabria |